IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 10-49 |
| | ) | |
| MICHAEL LAW | ) | |

ORDER

AND NOW, this 7th day of June, 2011, it is hereby,

ORDERED, ADJUDGED and DECREED that the interest of Michael Law in the Hi-Point rifle, Model 995, bearing serial number BO1733 (the "Subject Firearm") is hereby forfeited to the United States.

It is further ORDERED, ADJUDGED AND DECREED that the forfeiture of the Subject Firearm be, and hereby is part of the sentence in this case.

_____
United States District Court.